## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**BOBBY G. DAVIS,**

     Plaintiff,

**v.**                                **Case No. 6:07-cv-941-Orl-31DAB**

**JAMES G. OLDHAM, III, and OLDHAM
GROUP, INC.,**

     Defendants.

_____

### REQUEST FOR ENTRY OF FINAL DEFAULT JUDGMENT
### AND MEMORANDUM OF LAW IN SUPPORT THEREOF

     Plaintiff, BOBBY G. DAVIS, by and through his undersigned counsel and pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, requests a Default Final Judgment against Defendants, OLDHAM GROUP, INC. and JAMES D. OLDHAM, III and states:

     1.     On August 20, 2007, the Clerk of this Court entered a Default against Defendant, OLDHAM GROUP, INC., (Docket No. 9) for failure to file and serve a response to the Complaint.

     2.     On September 5, 2007, some 16 days after the entry of the Clerk's Default against Defendant, OLDHAM GROUP, INC., an untimely Motion to Dismiss was filed on Defendant's behalf. That motion has been denied by the Court.

     3.     On September 6, 2007, the Clerk of this Court entered a Default against Defendant, JAMES D. OLDHAM, III, (Docket No. 14) for failure to file and serve a response to the Complaint.

     4.     To date, Defendant, JAMES D. OLDHAM, III, has made no proper appearance in this case.

5.      As set forth in Plaintiff's Complaint, the subject claims herein are based upon the parties' entry into a Stock Purchase Agreement to which Plaintiff agreed to sell 386,800,000 shares of stock in E'Prime Aerospace Corporation to Defendant, OLDHAM GROUP, INC., which purchase was personally guaranteed under a Guaranty executed by Defendant, JAMES D. OLDHAM, III, individually.  The Defendants, OLDHAM GROUP, INC. and JAMES D. OLDHAM, III, owe Plaintiff, jointly and severally, the sum of $4,384,710.46 plus taxable costs in the sum of $550.00 for the costs of filing the complaint and perfecting formal service of process upon the Defendants for a total amount of $4,385,260.46, exclusive of post-judgment interest.

6.      Plaintiff, BOBBY G. DAVIS, is entitled to the entry of a Default Final Judgment against Defendants, OLDHAM GROUP, INC. and JAMES D. OLDHAM, III, jointly and severally, in the sum of $4,384,710.46, plus taxable costs in the sum of $550.00 for the costs of filing the complaint and perfecting formal service of process upon the Defendants for a total sum of $4,385,260.46, exclusive of post-judgment interest.

## MEMORANDUM OF LAW

The entry of a default against a Defendant pursuant to Rule 55(a) of the Federal Rules of Civil Procedure means that the Defendant has admitted the well-placed allegations of the Complaint.  *Buchanan v. Bowman*, 820 F.2d 359, 361 (11th Cir. 1987).  Accordingly, in this instant case, the Defendants, OLDHAM GROUP, INC. and JAMES D. OLDHAM, III, have admitted that they have defaulted under the terms of the Stock Pledge Agreement.

Pursuant to the subject Stock Purchase Agreement, the Defendants, OLDHAM GROUP, INC. and JAMES D. OLDHAM, III, owe Plaintiff, jointly and severally, the sum of $4,384,710.46 plus taxable costs in the sum of $550.00 for a total amount of $4,385,260.46,

exclusive of post-judgment interest. This amount is a sum certain or an amount that was made certain by computation and reference to the Complaint and subject Stock Purchase Agreement attached to Plaintiff's Complaint.

Therefore, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, because Defendants failed to properly appear in this case by filing a responsive pleading or otherwise defend this claim and because the amounts the Plaintiff claims are for a "sum certain" or "a sum which can by computation be made certain" from reference to the Complaint and the subject Stock Purchase Agreement attached to Plaintiff's Complaint, Plaintiff, BOBBY G. DAVIS, is entitled to entry of a Default Judgment against Defendants, OLDHAM GROUP, INC., and JAMES D. OLDHAM, III, jointly and severally.

## LOCAL RULE 3.01(g) CERTIFICATION

The undersigned counsel for Plaintiff, BOBBY G. DAVIS, did confer with counsel for Defendant, OLDHAM GROUP, INC., via telephone to seek his consent to the entry of the default judgment. He did not consent.

The undersigned counsel for the Plaintiff was unable to confer with counsel for Defendant, JAMES D. OLDHAM, III, pursuant to Local Rule 3.01(g) because no response was filed and no appearance has been made in this case by opposing counsel on Defendant, JAMES D. OLDHAM, III's, behalf.

## CONCLUSION

Plaintiff, BOBBY G. DAVIS, is entitled to the entry of a Default Final Judgment against Defendants, OLDHAM GROUP, INC., and JAMES D. OLDHAM, III, jointly and severally, for the sum certain amount of $4,384,710.46 plus taxable costs in the amount of $550.00, for a total

amount of $4,385,260.46, exclusive of post-judgment interest. Plaintiff, BOBBY G. DAVIS, attaches hereto a proposed Default Final Judgment.

WHEREFORE, Plaintiff, BOBBY G. DAVIS, respectfully requests the entry of a Default Final Judgment against Defendants, OLDHAM GROUP, INC. and JAMES D. OLDHAM, III, granting damages in the sum of $4,384,710.46, taxable costs in the sum of $550.00 for a total amount of $4,385,260.46, exclusive of post-judgment interest.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Grover M. Moscowitz, III, Esq., 701 Brickell Avenue, Suite 1550, Miami, FL 33131 on this 19th day of September, 2007, by electronically filing with the Clerk of Court using the CM/ECF system.

**DEAN MEAD**

_____/s/ David A. Gunter_____
DAVID A. GUNTER, ESQ.
Florida Bay No. 304956
8240 Devereux Drive, Suite 100
Viera, FL 32940
321/259-8900 (Telephone)
321/254-4479 (Facsimile)
dgunter@deanmead.com (E-Mail)
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BOBBY G. DAVIS,**

     Plaintiff,

**v.**                                  **Case No. 6:07-cv-941-Orl-31DAB**

**JAMES G. OLDHAM, III, and OLDHAM
GROUP, INC.,**

     Defendants.

_____

## DEFAULT FINAL JUDGMENT

The Clerk has received Plaintiff's Request for Default Final Judgment against

Defendants, OLDHAM GROUP, INC. and JAMES D. OLDHAM, III. Having reviewed the

Request, the pleadings, and the Court file, and finding that a Clerk's Default was entered against

Defendant, OLDHAM, GROUP, INC. on August 20, 2007 and against Defendant, JAMES D.

OLDHAM, III, on September 6, 2007, and further finding that the Plaintiff, BOBBY G.

DAVIS', claims are for a sum certain, and being further advised on the premises, it is

     **ORDERED AND ADJUDGED:**

     1.     A Default Final Judgment is entered in favor of Plaintiff, BOBBY G. DAVIS,

whose address is 1221 Sand Pine Circle, Titusville, Florida 32796 and against Defendants,

OLDHAM GROUP, INC. and JAMES D. OLDHAM, III, as to Plaintiff's Complaint.

     2.     Plaintiff, BOBBY G. DAVIS, shall have and recover from Defendants,

OLDHAM GROUP, INC. and JAMES D. OLDHAM, III, the sum of $4,384,710.46, plus taxable

costs in the sum of $550.00, for a total judgment amount of $4,385,260.46, exclusive of post-

judgment interest.

DONE AND ORDERED this _____ day of September, 2007, at Orlando, Florida.

SHERYL L. LOESCH, CLERK

BY:_____
        As Deputy Clerk

Conformed Copies to:

David A. Gunter, Esq.
8240 Devereux Drive, Suite 100
Viera, FL  32940
Counsel for Plaintiff, BOBBY G. DAVIS

Grover M. Moscowitz, III, Esq.
701 Brickell Avenue, Suite 1550
Miami, FL  33131
Counsel for Defendant, OLDHAM GROUP, INC.

James D. Oldham, III
992 Stage Road
Memphis, TN  38127
Pro Se Defendant