# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BOBBY G. DAVIS,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　**Case No. 6:07-cv-941-Orl-31DAB**

**JAMES D. OLDHAM, III, and OLDHAM GROUP, INC.,**

        **Defendants.**

_____

## ORDER

This cause comes before the Court on Motion for Default Judgment (Doc. No. 20) filed September 20, 2007.

On January 30, 2008, the United States Magistrate Judge issued a report (Doc. No. 50) recommending that the motion be granted and the parties were given ten days to file any objections. On February 8, 2008, Defendants filed an appeal to the Eleventh Circuit. That appeal was dismissed by mandate dated March 26, 2008 (Doc. 53). More than ten days has passed since that mandate was issued and no objections have been filed. Therefore, it is **ORDERED** as follows:

    1.    The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

    2.    The Motion for Default Judgment is **GRANTED** as it pertains to Oldham Group, Inc and **DENIED** without prejudice as it pertains to James D. Oldham III..

3. The Clerk shall enter a separate final default judgment in favor of Plaintiff Bobby G. Davis against Defendant Oldham Group, Inc. In the amount of $4,394,905.26.[1]

**DONE** and **ORDERED** in Chambers, Orlando, Florida on the 15th day of April, 2008.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff filed a Supplemental Affidavit of Indebtedness (Doc. 52-2) pursuant to footnote 4 of the Report and Recommendation updating the pre-judgment interest calculations through February 14, 2008. However, this affidavit was filed during the pendancy of the appeal and no additional affidavit has been filed since the mandate issued. Therefore, the amount of this judgment includes only pre-judgment interest through February 14, 2008.