**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**BOBBY G. DAVIS,**

            **Plaintiff,**

**-vs-**                                                           Case No. 6:07-cv-941-Orl-31DAB

**JAMES D. OLDHAM, III, and OLDHAM**
**GROUP, INC.,**

            **Defendants.**

_____

# ORDER

On June 27, 2008, Magistrate Judge Baker entered a Report and Recommendation (Doc. 72), recommending that Plaintiff's Renewed Motion for Default Judgment Against James D. Oldham, III (Doc. 62) be GRANTED.  Defendant filed timely objections to the Report (Doc. 77). Upon *de novo* review of the above, the Court concurs with the recommendation of the Magistrate Judge.  It is, therefore

**ORDERED** that:

1.    The Report and Recommendation of the Magistrate Judge is Adopted and Confirmed;

2.    The Plaintiff's Renewed Motion for Default Judgment Against James D. Oldham, III (Doc. 62) is **GRANTED**; and

      3.      A separate final default judgment shall be entered in favor of Plaintiff Bobby G. Davis against Defendant James D. Oldham, III, jointly and severally with the Oldham Group, Inc. in the amount of $4,385,260.46; and

      4.      The Clerk shall close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 17, 2008.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party